

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*     *main:  (973) 645-2700*
*Newark, NJ 07102*                *direct: (973) 645-2761*
*Margaret.ann.mahoneyi@usdoj.gov* *fax:    (973) 297-2010*

April 9, 2026

**BY ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

> Re:  *Valencia Garcia v. Soto, Civ* No. 26-3295-MCA
>      **Update Regarding Release**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter. We respectfully submit this letter in response to the Court's April 8, 2026 order granting the release of Petitioner. ECF No. 5. U.S. Immigration and Customs Enforcement advised this Office that it released Petitioner from its custody on April 8, 2026, at 7:00 p.m. under the same conditions that existed prior to his release and with all of his property.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:   *s/ Margaret Ann Mahoney*
      MARGARET ANN MAHONEY
      Assistant United States Attorney
      *Attorneys for Respondents*

cc:   Counsel of record (by ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  7/27/26